**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOSEPH D. FRAZIER,
FDOC # M46192,**

        *Plaintiff,*

**v.**                            **Case No.: 3:26cv1050-MW/ZCB**

**WARDEN JOHN DOE, et al.,**

        *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** under this Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." All pending motions, ECF Nos. 11 and 12, are **DENIED as**

**moot**. The Clerk shall close the file.

**SO ORDERED on July 13, 2026.**

s/Mark E. Walker
**United States District Judge**